### EMMA A. BURR *vs.* ALANSON J. MERRILL, et al.

### EMMA A. BURR *vs.* LAURA A. MERRILL.

Penobscot County. Decided June 18, 1919. These are real actions involving the same question and are before the court on

report. The decision in each case depends upon the construction of the last will and testament of William P. Burr.

After mature deliberation and consideration, as a majority of the court do not concur in ordering judgment either for the plaintiff or defendant, the entry in each case must be: Report discharged. *Ryder & Simpson,* for plaintiff. *Fellows & Fellows, and John B. Merrill,* for defendants.